IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHNIE EILAND and
VINCENT WADE,

Plaintiffs,

v.

ARCTIC FOOD SERVICES, INC.,
d/b/a Arctic Food Services, Inc./
Panske Trucking, Inc. and
PANSKE TRUCKING INC.,

Defendants.                                                                 No. 08-0066-DRH

## ORDER

**HERNDON, Chief Judge:**

      Now before the Court is Defendants' request that the Court toll or extend the deadline to file a responsive pleading. On March 28, 2008, Defendants' filed a motion to stay proceedings and compel arbitration (Doc. 16). The request to toll the deadline to file a responsive pleading is contained in this pleading at paragraph 11. Defendants' request that the Court toll this deadline until the Court rules on the motion to stay proceedings and compel arbitration. Said request is **GRANTED**. The Court will reset the responsive deadline, if necessary, after it decides the motion to stay proceedings and compel arbitration.

      **IT IS SO ORDERED.**

      Signed this 31st day of March, 2008.

/s/   David R Herndon
**Chief Judge**
**United States District Court**