## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHNIE EILAND and
VINCENT WADE,

Plaintiffs,

v.

ARCTIC FOOD SERVICES, INC.,
d/b/a Arctic Food Services, Inc./
Panske Trucking, Inc. and
PANSKE TRUCKING INC.,

Defendants.                                                No. 08-0066-DRH

## ORDER

**HERNDON, Chief Judge:**

   Today, Plaintiffs filed a stipulation for dismissal (Doc. 33).  The Plaintiffs move the Court to dismiss this cause of action with prejudice.  Based on the stipulation of dismissal, the Court **DISMISSES with prejudice** this cause of action with each party to bear its own costs.

   **IT IS SO ORDERED.**

   Signed this 12th of January, 2010.

/s/  David R Herndon

**Chief Judge**
**United States District Court**
